IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BLIP COMMUNICATION, INC., | ) | |
| an Idaho Corporation, d/b/a Blip Printers, | ) | Case No. CV-05-474-S-BLW |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| U.S.F. REDDAWAY, a Subsidiary of | ) | |
| Yellow Roadway Corporation, a Delaware | ) | |
| Corporation and JOHN DOES 1 - 10, and | ) | |
| Entities A - Z, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, that plaintiff Blip Communications Inc. have judgment against

defendant U.S.F. Reddaway in the sum of $22,665.84.

Additionally, this case is hereby ordered closed.

DATED:  **February 21, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**